UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY ST. CLAIR,<br>    Petitioner,<br><br>-v-<br><br>SHIRLEE HARRY,<br>    Respondent. | No. 1:11-cv-691<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Stanley St. Claire's application for writ of habeas corpus as time-barred, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 26, 2011                                          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge